COUNTY OF NASSAU, Respondent, v. BENJAMIN DAVIS et al., Defendants, and HELEN JASCHEK, Appellant.—

In our opinion the affidavit complied with the requirements of section 169-b of the Tax Law. Service by publication was sufficient notice where, in fact, there was an unpaid delinquent tax on the property. There is no showing by appellant that the 1933 tax, for which the deed was executed

and upon which the proceeding pursuant to article 7-B of the Tax Law was based, was in fact paid. Hagarty, Johnston, Taylor and Close, JJ., concur; Adel, J., not voting.